175 So.2d 300

Douglas C. LAWTON, d/b/a Lawton and Son, Contractor,

v.

Frank A. CAIN.

No. 47735.

June 7, 1965.

In re: Douglas C. Lawton, d/b/a Lawton and Son, Contractor, et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of East Carroll. 172 So.2d 734.

Writ refused. The judgment is not final.

175 So.2d 300

B & R CONSTRUCTION CO., Inc.

v.

Harry J. DUVIGNEAUD, Jr., Duvigneaud Investments, Inc., Joseph D. Duvigneaud.

No. 47751.

June 7, 1965.

In re: Harry J. Duvigneaud, Jr., Duvigneaud Investments, Inc., and Joseph D. Duvigneaud applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 172 So.2d 919.

Writ refused. On the facts found by the Court of Appeal the judgment complained of is correct.